# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| MARSHA E. EMERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3299-CV-S-DW-SSA |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On October 18, 2006, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to follow the orders of the Court and failure to prosecute. Plaintiff failed to file a written response within fifteen (15) days of that Order. Accordingly, the Court DISMISSES this action for failure to prosecute.


Date: November 21, 2006                                            /s/ DEAN WHIPPLE
                                                                                             Dean Whipple
                                                                       United States District Court